Argued May 17, affirmed May 22, 1978

ERICKSON et al, *Respondents,*
*v.*
CHURCHKEY, INC., *Petitioner.*
(WCB 77-517, SAIF Claim YD 199047, CA 10024)
578 P2d 506

Robert J. Riecke, Portland, argued the cause for petitioner. On the brief was Bruce L. Engel, Philomath.

Gregory L. Decker, Albany, argued the cause for respondent Frances M. Erickson. On the brief were J. David Kryger and Emmons, Kyle, Kropp & Kryger, Albany.

No appearance for respondent State Accident Insurance Fund.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Rosencrantz v. Insurance Service,* 2 Or App 225, 467 P2d 664 (1970).